In accordance therewith the judgment of the circuit court is affirmed.   BRACE, C. J., BARCLAY, GANTT, MACFARLANE and BURGESS, JJ., concurring, SHERWOOD, J., dissenting.

---

CODY *et al.* v. GUTMAN, *Appellant.*

Division One, March 23, 1897.

Appellate Practice: TRANSFER OF CAUSE TO THE WRONG COURT. Where an appeal is duly allowed by the circuit court to one of the courts of appeals it is entirely irregular to send the transcript in the cause to the Supreme Court, and the latter will transfer the cause to the appellate court to which the appeal was taken.

### Opinion.

PER CURIAM (BARCLAY. P. J., and MACFARLANE and BRACE, JJ.)—In this cause an appeal was taken

in the circuit court (and duly allowed) to the St. Louis Court of Appeals. But, by mistake or oversight, the transcript of the record was sent to the Supreme Court, and the case was filed and placed on the docket here. As this was entirely irregular, the motion of defendant, as apppellant, to transfer to the court of appeals aforesaid is granted. R. S. 1889, sec. 3300. All the members of the first division except Judge ROBINSON, who is absent, concur.